IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA :
:
v. : 1:13CR413-1
:
FRANK JOSEPH ROBERTS :

The Grand Jury charges:

COUNT ONE

On or about August 1, 2011, in the County of Orange, in the Middle District of North Carolina, FRANK JOSEPH ROBERTS did make, utter and possess a counterfeit security of an organization that operates in and is engaged in activities affecting interstate commerce, that is, a falsely counterfeited check of Hungarian Scout Association, in the amount of $2,810.00, drawn on Lakeland Bank, Oak Ridge, New Jersey, and made payable to Robert Richmond, with the intent to deceive another person and organization; in violation of Title 18, United States Code, Section 513(a).

COUNT TWO

On or about August 1, 2011, in the County of Orange, in the Middle District of North Carolina, FRANK JOSEPH ROBERTS did make, utter and possess a counterfeit security of an organization that operates in, and is engaged in activities affecting interstate commerce, that is, a falsely counterfeited check of Wright Patman Congressional Federal Credit Union, in the amount of $3,500.00, drawn on SunTrust Bank,

Washington, DC, and made payable to Grace Mangu, with the intent to deceive another person and organization; in violation of Title 18, United States Code, Section 513(a).

A TRUE BILL:

_____
FOREPERSON

_____
FRANK J. CHUT, JR.
ASSISTANT UNITED STATES ATTORNEY

_____
RIPLEY RAND
UNITED STATES ATTORNEY